**Electronically Filed
Supreme Court
SCWC-18-0000216
13-AUG-2024
02:11 PM
Dkt. 28 ORD**

SCWC-18-0000216

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, DEPARTMENT OF PUBLIC SAFETY,
Respondent/Employer-Appellee-Appellee,

vs.

RUTH FORBES [MAB Case No. 354],
Petitioner/Appellee-Appellant,

and

MERIT APPEALS BOARD; SEAN SANADA,
VALERIE B. PACHECO and NORA NOMURA,
Respondents/Agency-Appellees-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000216; CASE NO. 1CC171001242)

ORDER
(By: Ginoza, J.)

Upon consideration of Petitioner/Appellee-Appellant
Ruth Forbes' Motion for an Order Resetting Oral Arguments filed
on August 12, 2024, requesting that this court continue oral
argument, currently scheduled for August 22, 2024,

IT IS HEREBY ORDERED that oral argument in this case scheduled for August 22, 2024, is continued.  The parties will be notified of a new date for oral argument.

DATED: Honolulu, Hawaiʻi, August 13, 2024.



/s/ Lisa M. Ginoza

Associate Justice